**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Cindy Fracisco,

Civil No. 01-1487 DWF/AJB

Plaintiff,

v.

**ORDER**

Alan Hamel, Jim Jerome and
Gaughan Land, Inc. d/b/a Gaughan
Companies.

Defendants.

This matter came before the Court, Magistrate Judge Arthur J. Boylan, on defendant's motion for protective order [Docket No. 8]. Hearing was held by telephone conference on November 9, 2001, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. John A. Fabian, Esq., appeared on behalf of the plaintiff. Thomas P. Malone, Esq., appeared on behalf of the defendants.

Based upon the file and documents contained therein, along with arguments of counsel, **IT IS HEREBY ORDERED** that defendant's motion for protective order is **denied** [Docket No. 8]. Deposition discovery and written discovery that is at issue shall take place as set forth herein. Plaintiff, having first noticed defendant Hamel's deposition, shall be permitted to schedule defendant Hamel's deposition to take place prior to plaintiff's own deposition being taken. With respect to written discovery, plaintiff may not rely upon reference to the complaint for her answer to any interrogatory but shall fully respond to defendants' interrogatory discovery seeking more particular information relating to allegations of sexual harassment by defendant Hamel. Defendant is entitled to such complete interrogatory answer in response to currently

FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

pending discovery and prior to taking plaintiff's deposition.

Dated: November 9, 2001

Arthur J. Boylan
United States Magistrate Judge