UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cindy Fracisco,

Plaintiff,

v.

**STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES AND ORDER**

Alan Hamel, Jim Jerome, individuals, and Gaughan Land Inc., d/b/a Gaughan Companies, a Minnesota corporation,

Defendants.

Court File No. 01 CV 1487 DWF/AJB

The above-captioned parties, through their respective counsel hereby agree and stipulate that the Court may enter an order modifying the Pretrial Scheduling Order filed on October 25, 2001, substantially as follows:

1. That the discovery deadline of April 1, 2002, be extended to May 17, 2002;
2. That the expert disclosure deadlines of April 15, 2002 for Plaintiff, May 15, 2002 for Defendants and June 1, 2002 for rebuttal reports be extended as follows: June 3, 2002 for Plaintiff, July 3, 2002 for Defendants and July 18, 2002 for rebuttal reports;
3. That the non-dispositive motion deadline of May 15, 2002, be extended to July 1, 2002; and
4. That the dispositive motion deadline of June 15, 2002, be extended to August 1, 2002.

MAR 1 8 2002
JUDGMENT ENT'D
DEPUTY CLERK

This Stipulation is made in accordance with D.Minn. LR 16.3, having been entered into prior to the expiration of the original pre-trial schedule deadlines and for good cause. A pretrial settlement conference had been scheduled in this matter on March 6, 2002. The Court rescheduled this settlement conference for April 8, 2002. The new date for the settlement conference is one week after the close of discovery and one week before Plaintiff's expert disclosures are due under the original Scheduling Order deadlines.

The good cause is the avoidance of potentially unnecessary attorneys' fees and costs associated with the remaining discovery. Unless the scheduling order deadlines are extended, the parties will have to complete all discovery before the April 8, 2002 settlement conference. The parties would like to avoid the attorneys' fees and costs associated with the remaining discovery, which includes 9 depositions noticed by the Plaintiff. If the case settles on April 8, 2002, the foregoing discovery will not be necessary.

NICHOLS KASTER & ANDERSON PLLP

Dated: 3/13/02

John A. Fabian, III, #13482X
4644 IDS Center
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF

BARNA, GUZY & STEFFEN LTD.

Dated: March 12, 2002

Thomas Malone #66989
Bradley A. Kletscher #239355
200 Coon Rapids Boulevard
400 Northtown Financial Plaza
Minneapolis, MN 55433
(763) 780-8500

ATTORNEYS FOR DEFENDANTS

**ORDER**

Based upon the foregoing Stipulation of the parties, the Court having found good cause for the proposed modification of the Scheduling Order, **IT IS HEREBY ORDERED** that the Pretrial Scheduling Order be modified as specified in the Parties' Stipulation, as set forth above.

Dated:__________________

____________________________
Arthur J. Boylan
United States Magistrate Judge

BARNA, GUZY & STEFFEN LTD.

Dated: March 12, 2002

Thomas Malone #66989
Bradley A. Kletscher #239355
200 Coon Rapids Boulevard
400 Northtown Financial Plaza
Minneapolis, MN 55433
(763) 780-8500

ATTORNEYS FOR DEFENDANTS

**ORDER**

Based upon the foregoing Stipulation of the parties, the Court having found good cause for the proposed modification of the Scheduling Order, **IT IS HEREBY ORDERED** that the Pretrial Scheduling Order be modified as specified in the Parties' Stipulation, as set forth above.

Dated: 3/16/02

Arthur J. Boylan
United States Magistrate Judge