**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CINDY FRACISCO,

Plaintiff,

v.

ALAN HAMEL,
JIM JEROME, individually, and
GAUGHAN LAND INC., a
Minnesota corporation, d/b/a
GAUGHAN COMPANIES,

Defendants.

Civil No. 01-1487 (DWF/AJB)

**ORDER OF DISMISSAL**

---

John Fabian III, Esq., Nichols Kaster & Anderson, 4644 IDS Center, Minneapolis, MN 55402, counsel for Plaintiff.

Thomas Malone, Esq., and Bradley Kletscher, Esq., Barna Guzy & Steffen, 400 Northtown Financial Plaza, 200 Coon Rapids Boulevard, Coon Rapids, MN 55433-5894, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 17, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed APR 17 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______